UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-CV-80671-BER

MICHAEL GEORGE STRATOS,

Plaintiff,

vs.

WAL-MART STORES EAST, LP, *et al.*,

Defendants.

_________________________________________/

**REPORT AND RECOMMENDATION ON ORDER TO SHOW CAUSE [ECF No. 15]**

On June 5, 2026, *pro se* Plaintiff Michael George Stratos filed a Complaint for seizure of his property. ECF No. 1. The case was assigned to me the same day. ECF No. 2. After moving for leave to proceed *in forma pauperis* and having his subsequent amended motion for leave to proceed *in forma pauperis* denied, Mr. Stratos paid the filing fee. ECF No. 3, 5, 12-14. On September 18, 2026, I ordered Mr. Stratos to show cause by October 2, 2026, why the case should not be dismissed for failure to effect service. ECF No. 15. To date, Mr. Stratos has not responded.

Therefore, I ORDER the Clerk of the Court to randomly assign a District Judge to preside over this matter, and I RECOMMEND to the District Judge that the case be dismissed without prejudice for failure to comply with the Order to Show Cause. Fed. R. Civ. P. 41(b); *see Rembert v. Att'y Gen., Fla.,* No. 20-14573, 2021 WL 6101488,

at *1-2 (11th Cir. 2021) (per curiam) (district court does not abuse its discretion by dismissing a case without prejudice for failure to timely serve process when plaintiff was given notice).

## REPORT AND RECOMMENDATION

Accordingly, this Court **RECOMMENDS** that the District Court dismiss the case without prejudice.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 22nd day of October 2026.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE