**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-cv-80671-EA**

**Michael George Stratos,**

Plaintiff.

**Wal-Mart Stores East, LP,**
**Et al.,**

Defendants.
_________________________________/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court on Magistrate Judge Bruce E. Reinhart's Report and Recommendation (the "Report") [ECF No. 16] regarding the Order to Show Cause [ECF No. 15]. Being fully advised, it is **ORDERED AND ADJUDGED** that,

1. The Report **[ECF No. 16]** is **AFFIRMED.**
2. This case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Order to Show Cause [ECF No. 15]. See Fed. R. Civ. P. 41(b).
3. The Clerk of Court is instructed to **CLOSE THIS CASE**, all deadlines are **TERMINATED**, and all motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 24th day of November 2026.

Ed Artau
_________________________________
**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:
**Michael George Stratos**
801 Brickell Key Blvd.

Apt. 1108
Miami, FL 33131
PRO SE